UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SUNEET SINGAL,                              :
                                            :        Civ No.: 1:18-Civ-09813-GHW
                                            :
                   Plaintiff,               :
                                            :        **NOTICE OF MOTION**
      -against-                             :
                                            :
FC GLOBAL REALTY INC.                       :
a Nevada Corporation, and BROADRIDGE        :
CORPORATE ISSUER SOLUTIONS INC.,            :
a Pennsylvania Corporation,                 :
                   Defendants,              :
                                            :
-------------------------------------------------------------x

     **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in

Support of Defendants FC Global Realty Inc. and Broadridge Corporate Issuer Solutions Inc.

(collectively referred to herein as the "Defendants") motion to dismissdated December 3, 2018,

and all other pleadings and papers had herein, Defendants will move this Court at the United

States Courthouse, 500 Pearl Street, New York, New York 10007, at a time and date to be set by

the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing with

prejudice all of the claims in the Complaint, and for such other and further relief as this Court

may deem just and proper.

Dated:  New York, New York
         December 3, 2018


               CARMEL, MILAZZO & DiCHIARA LLP


               By:____/s/_____
                     Christopher P. Milazzo, Esq.
               55 West 39th Street, 18th Floor
               New York, New York 10018
               (212) 658-0458
               *Attorneys for Defendants*